IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

LOUIS F. BOTTORFF,
    Petitioner

v.

STATE OF FLORIDA,
    Respondent

In re: The State of Florida
Criminal Justice Division E
Case Nos.: 85-13671; 86-4012;
86-5268.

FILED
WILLIAMSPORT, PA
MAY 17 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

---

## PETITION FOR WRIT OF HABEAS CORPUS CUM CAUSA

## PURSUANT TO TITLE 28, UNITED STATES CODE - JUDICIARY AND JUDICIAL PROCEDURE

## CHAPTER 153. HABEAS CORPUS §§ 2241 & 2254

**Pursuant to the above,** I, Louis F. Bottorff, petitioner/plaintiff to this cause, do hereby assert standing in opposition to the conditions attached to the above-styled criminal cases' sentences imposed In The Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, In and For Hillsborough County, on October 21, 1986; and shows this Court -

1)    Petitioner prays this Court take judicial notice of this show cause writ and sit in equity to review and administer justice in fairness.

2)    Attached hereto; a true copy of the statement of the State of Florida's ORDER denying requested court documents the petitioner justifiably needs and has unqualified rights to. The statement includes an ORDER denying leave to file for postconviction relief, and finally, the Court's judgment.

3)    Additional attachments include copies of petitioner's appeal of said ORDERS therefor, and motion for attorney.

4)    As a result, petitioner concludes he cannot proceed pro se.

        **WHEREFORE,** petitioner prays this Court hold hearing(s) on these matters determining these pending State sentences are in violation of Amendment VIII to the Constitution of the United States of America.

**FURTHERMORE,** petitioner requests his presence be witness to these hearing(s) and finally, requests competent assistance of counsel who will have accessed all remedies on behalf of the petitioner in preparation for hearing.

DONE AND DATED THIS THE _16_ DAY OF _MAY_ , 2001.

Respectfully submitted,

Louis F. Bottorff
Reg. # 06324-018
United States Penitentiary
PO Box 1000
Lewisburg, PA 17837


THE

FOREGOING PETITION IS MADE A PART OF THE FEDERAL GOVERNMENT FORM - AO241 - PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY WHICH IS

HEREWITH INCLUDED

LOUIS F. BOTTORFF

## REQUEST FOR
## JUDICIAL NOTICE OF ADJUDICATIVE FACTS

IT IS AN UNDISPUTABLE FACT that the Bill of Rights, i.e., the first ten amendments to the Constitution of the United States of America, made the constitution acceptable to the states of the Union.

These common law rights the defendant requests the Court take notice; Amendment Five's protection against Double Jeopardy (made applicable to the States through Amendment Fourteen);  Amendment Eight's protection against inflicting cruel and unusual punishment; (defendant requests the Court take notice that the term - "excessive" can apply to punishment); AND the Sixth Amendment.

WHEREFORE, defendant invokes these full rights and all other applicable rights, **as of right;** respectfully requesting the Court consider this application for postconviction relief in light of common law; and equity.

WHEREAS, the defendant requests the Court construe this application taking notice that the defendant is proceeding "pro se", unless it is appropriate that the defendant be appointed counsel for the purpose of furthering this due process effort with that protection, and if not; requests the Court apply a less stringent standard of review.

Respectfully submitted this the _16_ day of _May_ , 2001.

Louis F. Bottorff

THE DEFENDANT PLED GUILTY IN ALL THE FOLLOWING LISTED CASES TO ALL COUNTS EXCEPT ONE, WHICH WAS NOLLE PROSSED.

## 86-4012

COUNT ONE ... BURGLARY ... F.S. 810.02 -- SENTENCE OF FIVE YEARS - CONCURRENT TO COUNT TWO AND CONCURRENT TO CASE NO. 86-5268.

COUNT TWO ... GRAND THEFT IN THE SECOND DEGREE ... F.S. 812.014(2)(b) -- SENTENCE OF FIVE YEARS - CONCURRENT WITH COUNT ONE.

## 85-13671

COUNT ONE ... NOLLE PROSSED.

COUNT TWO ... BURGLARY ... F.S 810.02 -- SENTENCE OF FIVE YEARS - CONCURRENT WITH COUNT THREE ... CONCURRENT WITH CASES NOS. 86-4012 & 86-5268 - BUT CONSECUTIVE TO ANY SENTENCED IN FEDERAL COURT.

COUNT THREE ... DEALING IN STOLEN PROPERTY ... F S. 812.019(1) -- SENTENCE OF FIVE YEARS - CONCURRENT WITH COUNT TWO.

## 86-5268

COUNT ONE ... ARMED BURGLARY ... F.S. 810.02 -- SENTENCE OF SEVEN YEARS - WITH A THREE YEAR MANDATORY MINIMUM FOR POSSESSION OF A FIRE-ARM ... F.S. 775.087(2) - CONSECUTIVE TO FEDERAL SENTENCE.

COUNT TWO ... ARMED ROBBERY ... F.S. 812.13(2)(a) -- SENTENCE OF SEVEN YEARS - CONCURRENT WITH COUNTS ONE & THREE.

COUNT THREE ... ARMED ROBBERY ... F.S. 812.13(2)(a) -- SENTENCE OF SEVEN YEARS - CONCURRENT WITH COUNTS ONE & TWO.

AO 241
REV 6/82

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis,* in which event you must execute form DC 12, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis,* you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rule of the district court.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241
REV 6/82

### PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District | MIDDLE OF PENNSYLVANIA | |
|---|---|---|---|
| Name<br>LOUIS F. BOTTORFF | Prisoner No.<br>06324-018 | | Docket No. 85-13671;<br>86-4012; 86-5268. |
| Place of Confinement | UNITED STATES PENITENTIARY<br>PO BOX 1000<br>LEWISBURG, PA 17837 | | |

| Name of Petitioner (include name upon which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| LOUIS F. BOTTORFF          V. | STATE OF FLORIDA |

| The Attorney General of the State of:    FLORIDA |
|---|

### PETITION

1. Name and location of court which entered the judgment of conviction under attack   THIRTEENTH JUDICIAL

   CIRCUIT COURT, HILLSBOROUGH CO., PO BOX 1110, TAMPA, FL 33601

2. Date of judgment of conviction _____ OCTOBER 21, 1986 _____

3. Length of sentence____ PLEASE REFER TO PAGE 1A _____

4. Nature of offense involved (all counts) _____

   _____ REFER TO 1A _____

   _____

5. What was your plea? (Check one)
   (a) Not guilty            ☐
   (b) Guilty               ☒
   (c) Nolo contendere       ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____ N/A _____

   _____

6. Kind of trial: (Check one)
   (a) Jury                 ☐
   (b) Judge only           ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 241
REV 6/82

9. If you did appeal, answer the following:

(a) Name of court_____ N/A _____

(b) Result _____

(c) Date of result _____

(d) Grounds raised _____

_____

_____

_____

_____

_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____SAME_____     SEE ATTACHMENTS_____

(2) Nature of proceeding ___MOTION FOR PRODUCTION OF RECORDS; MOTION FOR LEAVE TO

_____FILE POSTCONVICTION REMEDIES – DENIED_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____SAME_____     SEE ATTACHMENTS_____

(2) Nature of proceeding ____APPEAL OF DENIED MOTIONS OF NO. 11 ABOVE____

_____

AO 241
REV 6/82

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:
(1) Name of court _____

(2) Nature of proceeding _____ **N/A** _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____

(6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☒   No ☐
(2) Second petition, etc.    Yes ☐   No ☐
(3) Third petition, etc.      Yes ☐   No ☐

(e) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241
REV 6/82

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED THROUGH INDUCED GUILTY PLEA RESULTING FROM A DIS-HONORED PLEA AGREEMENT WHICH STATED THAT ALL STATE SENTENCES WOULD RUN CONCURRENT WITH EACH OTHER AND CONCURRENT WITH THE FEDERAL SENTENCE PETITIONER IS NOW SERVING. THE SENTENCING COURT DENIED THE AGREED UPON STIPULATION, THEREBY ORDERING STATE SENTENCES RUN CONSECUTIVE TO SAID FEDERAL SENTENCE.

Supporting FACTS (tell your story *briefly* without citing cases or law):

** PETITIONER RESERVES THE RIGHT TO ALLEGE AND SUBSTANTIATE FACTS IN LIEU OF RE-CEIVING PERTINENT, REQUESTED DOCUMENTS FROM THE FLORIDA CIRCUIT COURT AND RE-SERVES RIGHTS IN LIEU OF RECEIVING REQUESTED ASSISTANCE OF COUNSEL.

B. Ground two: THE SENTENCING COURT ABUSED DISCRETION WHEN IMPOSING SENTENCES TO BE SERVED BEGINNING TWENTY-FIVE YEARS IN THE FUTURE.

Supporting FACTS (tell your story *briefly* without citing cases or law):

** SAME RESERVATIONS AS ABOVE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LOUIS F. BOTTORFF,
     Petitioner

v.

STATE OF FLORIDA,
     Respondent

_____/

**In re:** The State of Florida
Criminal Justice Division <u>E</u>

Case Nos.: 85-13671; 86-4012;
           86-5268.

Hillsborough County

## <u>MEMORANDUM OF COMMON LAW IN SUPPORT OF</u>
## <u>§ 2254 PETITION FOR WRIT OF HABEAS CORPUS</u>

    **Pursuant to the Eighth Amendment to the Constitution of the United States of America, regarding "excessive punishment",** the petitioner suggests that a sentencing Court has a duty to weigh all the factors which would contribute to sentence length, being especially wary of factors which would substantially increase the sentence <u>over the maximum</u> thus making the sentence unduly harsh or impermissibly oppressive.

    In this case the Court knew the defendant had already been sentenced to a term of twenty-five years in federal prison and had the choice of running the sentences either concurrent or consecutive. And, unfortunately for the petitioner, chose the latter.

    Besides punishment, another aim of the sentencing Court is that somehow the defendant is made aware of the contrariness of his behavior; that he then would become a better citizen who respects society in every regard.

    **In this case punishment and rehabilatation have occured** during the past fifteen years of the petitioner's incarceration. Petitioner asks the Court to consider that he has literally **grown-up** in a controlled environment made for that purpose.

5A

AO 241
REV 6/82

C. Ground three: THE COURT LOST ALL JURISDICTION OVER THE DEFENDANT WHEN RELIN-
QUISHING JURISDICTION TO THE FEDERAL GOVERNMENT FOR THE PURPOSE OF DEFENDANT
SERVING A PRESUMPTIVE TWENTY-FIVE YEAR SENTENCE.

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

** PETITIONER RESERVES THE RIGHT TO ALLEGE AND SUBSTANTIATE FACTS IN LIEU OF

RECEIVING PERTINENT, REQUESTED DOCUMENTS FROM THE FLORIDA CIRCUIT COURT AND

RESERVES RIGHTS IN LIEU OF RECEIVING REQUESTED ASSISTANCE OF COUNSEL.

D. Ground four _____ DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

** SAME AS ABOVE

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly*
what grounds were not so presented, and give your reasons for not presenting them: _____

PETITIONER STATES THAT NONE OF THESE HAS BEEN RAISED IN ANY PROCEEDING ON

HIS BEHALF; THAT HE WAS IGNORANT OF THE FACT THAT HE COULD.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked
herein:
(a) At preliminary hearing _____ UNKNOWN

(b) At arraignment and plea _____ UNKNOWN

(6)

AO 241
REV 6/82

(c) At trial _____ UNKNOWN _____

(d) At sentencing _____ UNKNOWN _____

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒  No ☐
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

SIXTH JUDICIAL CIRCUIT COURT, PASCO CO. GOVT. CTR.,
7530 LITTLE RD., NEW PORT RICHEY, FL 33553

(b) Give date and length of the above sentence:_____

12-12-87; TWO ELEVEN YEAR SENTENCES; CONSECUTIVE TO EACH OTHER AND CONSECUTIVE
TO THE FEDERAL SENTENCE PETITIONER IS SERVING NOW.

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*May 16, 2001*
(date)

*Louis F. Bottone*
Signature of Petitioner

(7)

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

vs.                                    CASE NOS. 85-13671; 86-4012;
                                                 86-5268
LOUIS F. BOTTORFF                      DIVISION: E
_____/

### ORDER DENYING MOTION TO PRODUCE RECORDS
### ORDER DENYING MOTION FOR LEAVE TO FILE POST CONVICTION RELIEF

Defendant pled guilty to several felony offenses in the above cases on 21 October 1986.  The Court sentenced him to various concurrent terms of incarceration of five (5) and seven (7) years. The Defendant did not appeal.

He is apparently now serving a federal sentence, and filed a *pro se* motion wherein he asks the Court to order the Clerk to produce "the entire record" of his cases.

Defendant is not entitled to copies of records or transcripts to peruse to search for a possible post conviction issue.  He is not entitled to relief as to this request.

A Defendant has two (2) years from the date that the judgment and sentence come final within which to seek relief pursuant to Fla.R.Cr.P. 3.850.  His judgments became final in 1986.  He is not entitled to relief as to this request.

Moreover, the court reporter's notes have been destroyed, and the Court files have been reduced to microfiche.

Defendant's motions are **DENIED**.

Page 1 of 2

Defendant has thirty (30) days within to appeal this Order.

DONE AND ORDERED in Chambers, at Tampa, Hillsborough County, Florida, this 27 day of April, 2001.

_____
WILLIAM FUENTE
Circuit Judge

ATTACHMENTS:
      Judgment and Sentence documents


Copies furnished to:

LOUIS F. BOTTORFF, #06324-018
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837


/WF

☐ PROBATION VIOLATOR

   *(Check if Applicable)*

IN THE CIRCUIT COURT, THIRTEENTH
JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

DIVISION _____ E

STATE OF FLORIDA

CASE NUMBER _____ 83-13671

— vs —

LOUIS FRANCIS BOTTORFF a/k/a LEWIS BOTTOFF
            Defendant

# JUDGMENT

The Defendant, LOUIS FRANCIS BOTTORFF a/k/a LEWIS BOTTOFF _____, being personally before this

Court represented by MICHAEL WILLIAM LEBRON, ESQUIRE _____, his attorney of record, and having

*(Check Applicable Provision)*
   ☐ Been tried and found guilty of the following crime(s)
   ☒ Entered a plea of guilty to the following crime(s)
   ☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| TWO | BURGLARY | F.S. 810.02 | 2F | |
| THREE | DEALING IN STOLEN PROPERTY | F.S. 812.019(1) | 2F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant
is hereby ADJUDICATED GUILTY of the above crime(s).

\*\*COUNT ONE (1) - NOLLE PROSSED\*\*

    The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00) pursuant to F.S. 960.20 (Crimes
Compensation Trust Fund). The Defendant is further ordered to pay the sum of three dollars ($3.00) as a court cost pursuant
to F.S. 943.25(4).

*(Applicable if checked)*

   ☐ The Defendant is ordered to pay the sum of two dollars ($2.00) pursuant to F.S. 943.25(8). (Optional)

   ☐ The Defendant is ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.083(1) (Optional)

   ☐ The Defendant is ordered to pay the sum of two hundred dollars ($200.00) costs pursuant to F.S. 27.3455 and
      will not receive gain time, if incarcerated, until said costs are paid.

   ☒ The Defendant is declared indigent and required to perform community service in lieu of the costs prescribed
      by F.S. 27.3455. Each hour of community service shall be credited at a rate equivalent to the minimum wage.

   ☐ The Defendant is ordered to pay additional costs in the sum of $_____

CIRCUIT COURT

1a

(Applicable if checked)

The Court hereby stays and withholds the imposition of sentence as to count(s) _____

The Court hereby defers imposition of sentence until _____

The Court places the Defendant on Probation for a period of _____ under
the supervision of the Department of Corrections (conditions of probation set forth in separate order).

The Court places the Defendant in Community Control for a period_____ under the supervision
of the Department of Corrections (conditions of community control set forth in separate order).

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with
the Clerk of Court within thirty days following the date sentence is imposed or probation/community control is ordered
pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal
at the expense of the State upon showing of indigency.

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

_____

Name and Title

DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of
_____ OCTOBER _____ A.D., 19 86 ____ I HEREBY certify that the above and foregoing fingerprints are the proper
prints of the Defendant LOUIS FRANCIS BOTTORFF a/k/a LEWIS BOTTORF and that they were placed thereon by said
Defendant in my presence in Open Court this date.

_____
JUDGE

Order book _____

Page ___2___ of ___5___

2 ......

Defendant _____ a/k/a LEWIS BOTTOFF

Case Number _____ 85-13671-E

# SENTENCE

(As to Count _____ TWO _____ )

The Defendant, being personally before this Court, accompanied by his attorney  MICHAEL WILLIAM LE IRON, ESQUIRE _____ and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

☐ and the Court having on _____ , _____ deferred imposition of sentence until this date (date).

(Check either provision
if applicable)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

☐ and the Court having placed the Defendant in community control and having subsequently revoked the Defendant's community control by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____ plus $_____ as the 5% surcharge required by F.S. 960.25

XXX The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Hillsborough County, Florida

(Name of local corrections authority to be installed at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life

XX For a term of _____ FIVE (5) YEARS WITH CREDIT TIME

☐ For an indeterminate period of 6 months to _____ years

If "split" sentence
complete one
of these two
paragraphs

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set with in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this action:

Firearm – 3 year
mandatory minimum
☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count as the Defendant possessed a firearm.

Drug Trafficking –
mandatory minimum
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

Retention of
Jurisdiction
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____ . The requisite findings by this Court are set forth in a separate order or stated on the record in open court.

Habitual Offender
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in that sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

Jail Credit
XX It is further ordered that the Defendant shall be allowed a total of _____ 211 DAYS _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

Consecutive/
Concurrent
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to/XX concurrent with (check one) the sentence set forth in count ____ THREE ____ above.

Page ____ 2 ____ of ____ 5 ____

3

Defendant _____ LOUIS FRANCIS BOTTORFF
                  a/k/a LEWIS BOTTOFF

Case Number ___ 85-13671-E ___

**Consecutive/**
**Concurrent**
**(As to other**
**convictions)**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☒ concurrent with (check one) the following:

☐ Any active sentence being served.

☒ Specific sentences: ___ CONCURRENT WITH - 86-4012 & 86-5268 ___

_____ BUT CONSECUTIVE TO ANY SENTENCED IN FEDERAL COURT _____

_____

_____

    In the event the above sentence is to the Department of Corrections, the Sheriff of Hillsborough County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

    The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

    In imposing the above sentence, the Court further recommends  SENTENCING GUIDELINES FILED IN 86-5268.

COURT HAS NO OBJECTION FOR DEFENDANT TO BE TURNED OVER TO FEDERAL MARSHALL TO BEGIN

FEDERAL SENTENCE.

_____

_____

    DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of

_____ OCTOBER _____ A.D., 19 86 ___.

_____
                JUDGE

2 A

Defendant _____ LOUIS FRANCIS BOTTORFF
a/k/a LEWIS BOLTOFF

Case Number ____ 85-13671-E

# SENTENCE

(As to Count _____ THREE _____ )

The Defendant, being personally before this Court, accompanied by his attorney, MICHAEL WILLIAM LEBRON,

_____ ESQUIRE _____, and having been adjudged guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law and no cause being shown,

☐ and the Court having on _____ deferred imposition of sentence
until this date.                    (date)

(Check *either* provision
if applicable)        ☐ and the Court having placed the Defendant on probation and having subsequently revoked the
Defendant's probation by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____, plus $ _____ as the 5% surcharge required by F.S. 960.25

☒ The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one: unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of _____ FIVE (5) YEARS WITH CREDIT TIME
☐ For an indeterminate period of 6 months to _____ years.

☐ Followed by a period of _____ on probation under the supervision of the Depart-
ment of Corrections according to the terms and conditions of probation set forth in a separate
If "split" sentence     order entered herein.
complete *either* of
these two paragraphs  ☐ However, after serving a period of _____ imprisonment in _____
the balance of such sentence shall be suspended and the Defendant shall be placed on
probation for a period of _____ under supervision of the Department of Corrections
according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

Firearm — 3 year      ☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed
mandatory minimum        for the sentence specified in this count, as the Defendant possessed a firearm.

Drug Trafficking —    ☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( )
mandatory minimum        are hereby imposed for the sentence specified in this count

Retention of          ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any
Jurisdiction             Parole Commission release order for the period of _____. The requisite findings by
the Court are set forth in a separate order or stated on the record in open court.

Habitual Offender     ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in
this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by
the court are set forth in a separate order or stated on the record in open court.

Jail Credit           ☒ It is further ordered that the Defendant shall be allowed a total of _____ 141 DAYS _____
credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit
reflects the following periods of incarceration (optional):

Consecutive/Concurrent   It is further ordered that the sentence imposed for this count shall run ☐ consecutive
to ☒ concurrent with (check one) the sentence set forth in count _____ TWO _____ above

# CIRCUIT COURT

☐ PROBATION VIOLATOR

*(Check if Applicable)*

IN THE CIRCUIT COURT, THIRTEENTH
JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

DIVISION _____ X

CASE NUMBER ___86-4012___

STATE OF FLORIDA

— vs —

___LOUIS F. BOTTORFF___
Defendant

# JUDGMENT

The Defendant, ___LOUIS F. BOTTORFF_____, being personally before this

Court represented by ___MICHAEL WILLIAM LEBRON, ESQUIRE_____, his attorney of record, and having:

*(Check Applicable Provision)*

☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| ONE | BURGLARY | F.S. 810.02 | 2F | |
| TWO | GRAND THEFT IN THE SECOND DEGREE | F.S. 812.014(2)(b) | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

• • • • • • • • • • • • • • • • • • • •

The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00) pursuant to F.S. 960.20 (Crimes Compensation Trust Fund). The Defendant is further ordered to pay the sum of three dollars ($3.00) as a court cost pursuant to F.S. 943.25(4).

*(Applicable if checked)*

☐ The Defendant is ordered to pay the sum of two dollars ($2.00) pursuant to F.S. 943.25(3). (Optional)

☐ The Defendant is ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (Optional)

☐ The Defendant is ordered to pay the sum of two hundred dollars ($200.00) costs pursuant to F.S. 27.3455 and will not receive gain time, if incarcerated, until said costs are paid.

☒ The Defendant is declared indigent and required to perform community service in lieu of the costs prescribed by F.S. 27.3455. Each hour of community service shall be credited at a rate equivalent to the minimum wage.

☐ The Defendant is ordered to pay additional costs in the sum of $_____

# CIRCUIT COURT

1 a

(Applicable if checked)

☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____

☐ The Court hereby defers imposition of sentence until _____

☐ The Court places the Defendant on Probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order)

☐ The Court places the Defendant in Community Control for a period _____ under the supervision of the Department of Corrections (conditions of community control set forth in separate order).

The Defendant in Open Court was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation/community control is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

## FINGERPRINTS OF DEFENDANT

| 1.  R. Thumb | 2.  R. Index | 3.  R. Middle | 4.  R. Ring | 5.  R. Little |
|---|---|---|---|---|
|  |  |  |  |  |
| 6.  L. Thumb | 7.  L. Index | 8.  L. Middle | 9.  L. Ring | 10.  L. Little |
|  |  |  |  |  |

Fingerprints taken by: _____

Name and Title

DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of _____ OCTOBER _____ A.D. 19 86 . I HEREBY certify that the above and foregoing is a records and the fingerprints of the Defendant __ LOUIS F. BOTTORFF __ and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

Order book _160_ page _236_

Page _2_ of _3_

# SENTENCE

AS to Count _____ ONE _____

The Defendant, being personally before this Court, accompanied by his attorney _____ MICHAEL WILLIAMS L. PROX, _____

ESQUIRE _____ and having been adjudicated guilty herein, and the court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

☐ and the Court having on _____ deferred imposition of sentence until this date. (date)

(Check either provision
if applicable)
☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

☐ and the Court having placed the Defendant in community control and having subsequently revoked the Defendant's community control by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____ plus $_____ as the 5% surcharge required by F.S. 960.25
☒ The Defendant is hereby committed to the custody of the Department of Corrections.
☐ The Defendant is hereby committed to the custody of the Sheriff of Hillsborough County, Florida.
   (Name of local corrections authority to be inserted at printing, if other than Sheriff)
To be imprisoned (check one, unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of _____ FIVE (5) YEARS WITH CREDIT TIME.
☐ For an indeterminate period of 6 months to _____ years.

If "split" sentence complete either or both of these two paragraphs

☐ Followed by a period of _____, on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISION

By appropriate notation, the following provisions apply to the sentence imposed in this action.

Firearm – 3 year     ☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for
mandatory minimum     the sentence specified in this count, as the Defendant possessed a firearm.

Drug Trafficking –    ☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)(  )(  ) are
mandatory minimum     hereby imposed for the sentence specified in this count.

Retention of          ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole
Jurisdiction           Commission release order for the period of _____. The requisite findings by the
                       Court are set forth in a separate order or stated on the record in open court.

Habitual Offender     ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this
                       sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the
                       court are set forth in a separate order or stated on the record in open court.

Jail Credit           ☒ It is further ordered that the Defendant shall be allowed a total of _____ 217 DAYS _____
                       credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit
                       reflects the following periods of incarceration (optional).

Consecutive/          It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ con-
Concurrent             current with (check one) the sentence set forth in count _____ TWO _____ above.

# CIRCUIT COURT

6

Defendant _____ JOHN E. BITTORF

Case Number _____ 86-3218

**Consecutive/ Concurrent (As to other convictions)**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:

☐ Any active sentence being served

☒ Specific sentence _____ 86-3218 _____

_____

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Hillsborough County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends _SENTENCING GUIDELINES FILED IN SEPARATE. COURT HAS NO OBJECTION FOR DEFENDANT TO BE TURNED OVER TO FEDERAL MARSHALL TO BEGIN FEDERAL SENTENCE._

_____

_____

DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of ___ OCTOBER ____ A.D., 19_86__.

_____
JUDGE

Page___4___ of ___5___

CIRCUIT COURT

Defendant _____ LOUIS F. RUTIGLIANO

Case Number __ 86-01123F _____

## SENTENCE

(As to Count __ TWO ___)

The Defendant, being personally before this Court, accompanied by his attorney _MICHAEL MILTON LEBRON,

_ESQUIRE_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

|   |   |   |
|---|---|---|
| (Check either provision if applicable) | ☐ and the Court having on _____ (date) deferred imposition of sentence until this date. | |
| | ☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein. | |

IT IS THE SENTENCE OF THE LAW that,

☐ The Defendant pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25

☒ The Defendant is hereby committed to the custody of the Department of Corrections.
☐ The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one, unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of _____ FIVE (5) YEARS WITH CREDIT TIME
☐ For an indeterminate period of 6 months to _____ years.

|   |   |   |
|---|---|---|
| If "split" sentence complete either of these two paragraphs | ☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. | |
| | ☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. | |

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section.

|   |   |   |
|---|---|---|
| Firearm — 3 year mandatory minimum | ☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm. | |
| Drug Trafficking — mandatory minimum | ☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)(f) (if _) are hereby imposed for the sentence specified in this count. | |
| Retention of Jurisdiction | ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____ The requisite findings by the Court are set forth in a separate order or stated on the record in open court. | |
| Habitual Offender | ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court. | |
| Jail Credit | ☒ It is further ordered that the Defendant shall be allowed a total of _217 DAYS_ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional): | |
| Consecutive-Concurrent | It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ concurrent with (check one) the sentence set forth in count _ONE_ above. | |

☐ PROBATION VIOLATOR

(Check if Applicable)

IN THE CIRCUIT COURT, THIRTEENTH
JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

DIVISION _____

CASE NUMBER ___86-5305_____

STATE OF FLORIDA

— vs —

LOUIS FRANCIS BOTTORFF
Defendant

## JUDGMENT

The Defendant, __LOUIS FRANCIS BOTTORFF_____, being personally before this

Court represented by __MICHAEL WILLIAM LEBRON, ESQUIRE_____, his attorney of record, and having

(Check Applicable
Provision)

☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| ONE | ARMED BURGLARY | F.S. 810.02 | 1F | |
| TWO | ARMED ROBBERY | F.S. 812.13(2)(a) | 1F | |
| THREE | ARMED ROBBERY | F.S. 812.13(2)(a) | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant
is hereby ADJUDICATED GUILTY of the above crime(s).

. . . . . . . . . . . . . . . . . . . . . . . .

The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00) pursuant to F.S. 960.20 (Crimes
Compensation Trust Fund). The Defendant is further ordered to pay the sum of three dollars ($3.00) as a court cost pursuant
to F.S. 943.25(4).

(Applicable if checked)

☐ The Defendant is ordered to pay the sum of two dollars ($2.00) pursuant to F.S. 943.25(8). (Optional)

☐ The Defendant is ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (Optional)

☐ The Defendant is ordered to pay the sum of two hundred dollars ($200.00) costs pursuant to F.S. 27.3455 and
will not receive gain time, if incarcerated, until said costs are paid.

☒ The Defendant is declared indigent and required to perform community service in lieu of the costs prescribed
by F.S. 27.3455. Each hour of community service shall be credited at a rate equivalent to the minimum wage.

☐ The Defendant is ordered to pay additional costs in the sum of $_____

1a

(Applicable if checked)

☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____

☐ The Court hereby defers imposition of sentence until _____

☐ The Court places the Defendant on Probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order)

☐ The Court places the Defendant in Community Control for a period _____ under the supervision of the Department of Corrections (conditions of community control set for in separate order)

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation/community control is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
|  |  |  |  |  |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|  |  |  |  |  |

Fingerprints taken by:

_____

Name and Title

DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of _____ OCTOBER _____ A.D. 19 86 . I HEREBY certify that the above and foregoing fingerprints are the finger-prints of the Defendant _____ LOUIS FRANCIS BOTTORFF _____ and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

Page 2 of 6

CIRCUIT COURT

Defendant _____ LOUIS FRANCIS BOTOMEY

Case Number _____ 86-5768-E

# SENTENCE

(As to Count ___ ONE ___ )

The Defendant, being personally before this Court, accompanied by his attorney, MICHAEL WILLIAM LEBRON,

___ ESQUIRE ___ and having been adjudicated guilty herein ___ and having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and ___ why he should not the sentence of the provided by law, and no cause being shown,

(Check either provision
if applicable)

☐ and the Court having ___ (date) ___

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

☐ and the Court having placed the Defendant in community control and having subsequently revoked the Defendant's community control by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $_____ , plus $_____ as the 5% surcharge required by F.S. 960.25

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Hillsborough County, Florida
*(Name of local corrections authority to be inserted at proper, if other than Sheriff)*

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life

☒ For a term of ___ SEVEN (7) YEARS WITH CREDIT TIME ___

☐ For an indeterminate period of 6 months to_____ years

☐ Followed by a period of_____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

*If "split" sentence
complete one or
of these two
paragraphs*

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this action.

*Firearm – 3 year
mandatory minimum*
☒ It is further ordered that the 3 year minimum provisions of F.S 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

*Drug Trafficking –
mandatory minimum*
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1) are hereby imposed for the sentence specified in this count.

*Retention of
Jurisdiction*
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

*Habitual Offender*
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

*Jail Credit*
☒ It is further ordered that the Defendant shall be allowed a total of ___ 193 DAYS ___ credit for such time as he has been incarcerated prior to imposition of this ___ jail credit reflects the following periods of incarceration (optional):

*Consecutive/
Concurrent*
It is further ordered that the sentence imposed for this count shall run ___ consecutive to ___ current with (check one) the sentence set forth in count ___ above.

Defendant _____ ORVIS FRANCIS BO...ERT

Case Number ___ 86-5268-E

**Consecutive/**
**Concurrent**
**(As to other**
**convictions)**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☒ consecutive to ☐ concurrent with (check one) the following.

☐ Any active sentence being served.

☒ Specific sentences: _____ CONSECUTIVE TO FEDERAL SENTENCE _____

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Hillsborough County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends __SENTENCING GUIDELINES FILED.__

__COURT HAS NO OBJECTION FOR DEFENDANT TO BE TURNED OVER TO FEDERAL MARSHALL__

__TO BEGIN FEDERAL SENTENCE.__ _____

_____

_____

DONE AND ORDERED in Open Court at Hillsborough County, Florida, this _____ 21st _____ day of

_____ OCTOBER _____ A.D., 19 86

_____
JUDGE

CIRCUIT COURT

Defendant ___ LOUIS FRANCIS ROUGREE

Case Number ___ 89CF12481 ___

## SENTENCE

(As to count ___ TWO ___ )

The Defendant, being personally before this Court, accompanied by his attorney ___ MICHAEL WILLIAM LERNER,

___ ESQUIRE ___, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity
to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law,
and no cause being shown:

|   |   |
|---|---|
| (Check either provision if applicable) | ☐ and the Court having on ___ , ___ , ___ , deferred imposition of sentence until this date; |
|   | ☐ and the Court having placed the Defendant on probation, or having subsequently revoked the Defendant's probation by separate order entered herein; |

IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $ ___ plus $ ___ as the 5% surcharge required by F.S. 960.25

☒ The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff of ___ County, Florida
*(Name of local corrections authority to be inserted at printing, if other than Sheriff)*

To be imprisoned (check one; unmarked sections are inapplicable):

☐ For a term of Natural Life.
☒ For a term of ___ SEVEN (7) YEARS WITH CREDIT TIME
☐ For an indeterminate period of 6 months to ___ years

|   |   |
|---|---|
| If "split" sentence complete either of these two paragraphs | ☐ Followed by a period of ___ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. |
|   | ☐ However, after serving a period of ___ imprisonment in ___ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of ___ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. |

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

|   |   |
|---|---|
| Firearm — 3 year mandatory minimum | ☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm. |
| Drug Trafficking — mandatory minimum | ☐ It is further ordered that the ___ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count. |
| Retention of Jurisdiction | ☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of ___ The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| Habitual Offender | ☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| Jail Credit | ☒ It is further ordered that the Defendant shall be allowed a total of ___ 193 DAYS ___ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (continual). |
| Consecutive/Concurrent | It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ concurrent with (check one) the sentence set forth in counts ___ ONE & THREE ___ above |

Defendant ____ LOUIS TRAVIS BOTTGER

Case Number ___ 88-5208-S _____

## SENTENCE

(As to Count ____ THREE _____)

The Defendant being personally before this Court, accompanied by his attorney, ___ MICHAEL WILLIAM GRIFFIN,

__ ESQUIRE _____ and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

|   |   |   |
|---|---|---|
| ☐ | and the Court having on _____ deferred imposition of sentence until this date | |
| *(Check either provision if applicable)* ☐ | and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein. | |

____ IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections.
☐ The Defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.
*(Name of local corrections authority to be inserted at printing, if other than Sheriff)*

To be imprisoned (check one: unmarked sections are inapplicable):

☐ For a term of Natural Life
☒ For a term of _____ SEVEN (7) YEARS WITH CREDIT TIME
☐ For an indeterminate period of 6 months to _____ years.

| | |
|---|---|
| | ☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. |
| *If "split" sentence complete either of these two paragraphs* | ☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein. |

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section.

| | | |
|---|---|---|
| *Firearm — 3 year mandatory minimum* | ☐ | It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm. |
| *Drug Trafficking — mandatory minimum* | ☐ | It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count. |
| *Retention of Jurisdiction* | ☐ | This Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Offender* | ☐ | The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| *Jail Credit* | ☒ | It is further ordered that the Defendant shall be allowed a total of _____ 193 DAYS _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional): |
| *Consecutive/Concurrent* | | It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ concurrent with (check one) the sentence set forth in count # __ ONE & TWO _ above. |

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

V.

LOUIS F. BOTTORFF

_____/

CASE NOS.: 85-13671; 86-4012;
86-5268

DIVISION: E

## APPEAL OF ORDER DENYING MOTION TO PRODUCE RECORDS AND APPEAL OF ORDER DENYING MOTION FOR LEAVE TO FILE FOR POSTCONVICTION RELIEF

**NOW COMES** the defendant, Louis F. Bottorff, appealing the Court's ORDER of April 27, 2001; denying defendant's above-styled motions, and moves the Court to reconsider that decision, thereby GRANTING the motions in part.

**DEFENDANT STATES** that he was told by counsel that the plea agreement he agreed to stipulated that the sentences imposed by the Court would run concurrent with each other and concurrent with the federal sentence he is now serving. Defendant has no records from his attorney of record or the Court with which to substantiate this claim and again requests same.

**FURTHERMORE,** the County of Pasco, Florida has filed detainers with the federal government for his imprisonment which was imposed by sentence after these Hillsborough County sentences which this Court may not be aware of. Defendant asks the Court to reconsider in light of this. And, the defendant has served fifteen years on a federal sentence of a presumptive twenty-five years for the same event prosecuted both by Pasco County and the federal government.

### PRAYER FOR RELIEF

Defendant seeks modification of the conditions attached to these sentences, which would correct these sentences' specifications, or amend same to reflect that they should have been run concurrent with the federal sentence, and therefor ORDERED DISMISSED, or in the alternative, ORDERED served concurrent with any Pasco County sentences, if executed.

**Page 1 of 2**

Respectfully submitted,

_Louis F. Bottorff_

Louis F. Bottorff

Federal Prisoner No. 06324-018

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

ATTACHMENTS:

    Original Plea Agreement - copy

## VERIFICATION

I, LOUIS BOTTORFF, AFFIRM that the foregoing is true, certain, not misleading and correct, to the best of my knowledge.

This the 16 day of May , 2001.

_L. F.B._

Louis F. Bottorff

## CERTIFICATE OF SERVICE

I, LOUIS BOTTORFF, CERTIFY that the undersigned has this date served the foregoing documents to the Clerk of Court at the correct address with postage prepaid by depositing same in the Lewisburg Penitentiary legal mailbox.

This the 16 day of May , 2001.

_L. F.B._

Louis F. Bottorff

cc: Clerk of Court for the Thirteenth Judicial Circuit
    Hillsborough County
    Tampa, Florida

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

VS.

*Louis E. Buttorff*

CASE NO.:   86 – 5268
            86 – 4012
DIVISION:   85 – 13671
            E

### PLEA OFFER

COMES NOW, the State of Florida by and through the undersigned Assistant State Attorney and makes the following offer with respect to the abovementioned case(s).

In exchange for a plea of Guilty/Nolo Contendere to the charge(s) of *Armed Burglary, Armed Robbery (2 counts) Burglary of Dwelling (2 counts) & Grand Theft (2 counts) State will not oppose motion to dismiss Count I of 85-13671* the negotiation would be, subject to the Court's acceptance, defendant to be adjudicated: _____

*ALL conc wt each other*

*86-5268 - 7 years FSP each count concurrent with 3 year mandatory minimum as to count 1*

*86-4012 - 5 years FSP each count concurrent*

*85-13671 - 5 years FSP each count concurrent (Count I to be nolle prossed)*

Any special conditions that the Court deems appropriate.

Restitution $_____

Court Cost $ *600.00 or community service work*

Cost of Prosecution $_____

Court Improvement Fund $_____  _____

FILED
OCT 21 1986

The sentencing guidelines have been provided to defense counsel. The recommendation is/is not with n the guidel m.

Reason for departure from the guideli nes _____

_____

_____

The defendant will have until Pre-Trial Conference to accept this offer.

JAMES
S     TTORN

*[signature]*

Assistan                ney

Date: *9-28-86*

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE

STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

vs.

LOUIS F. BOTTORFF

_____/

CASE NOS.: 85-13671; 86-4012;
86-5268

DIVISION:  E

## MOTION TO SECURE COURT-APPOINTED ATTORNEY

**NOW COMES** the defendant, Louis F. Bottorff, and moves this Court for an **ORDER** which **GRANTS** the movant counsel for extradition proceedings and other adverse proceedings arising from the original criminal procedure charging the movant in the above-styled causes, pursuant to Florida Rules of Criminal Procedure Rule 3.111. **Providing Counsel to Indigents — (b)(2)**

**A detainer has been lodged** with the Federal Government by the County of Hillsborough, Florida seeking to extradite the movant for the purpose of executing a fifteen year old sentence imposed in 1986.

**DEFENDANT STATES;**

1) That he is indigent and attaches a Certificate of Indigency herewith.

2) That he wishes to test the legality of the detainer, citing grounds which he will disclose to said attorney.

3) That he does not have the expertise or knowledge of procedure which would assure a balance in the adversial system.

4) That he does not wish to proceed in a pro se capacity when counsel could be appointed for these matters, per Florida procedural rules.

**FOR CAUSE SHOWN** the defendant respectfully prays this Court **GRANT** the **ORDER** thereby appointing counsel to defendant for these matters.

DONE AND DATED THIS THE _16_ DAY OF _May_ , 2001.

Respectfully submitted,

_____

Louis F. Bottorff
Reg. # 06324-018
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

ATTACHMENTS:

     Certificate of Indigency

## VERIFICATION

    I, Louis F. Bottorff, AFFIRM that the foregoing is true, certain, not mis-leading and correct to the best of my knowledge.

This the _16_ day of _May_ , 2001.

_____

Louis F. Bottorff

## CERTIFICATE OF SERVICE

    I, Louis F. Bottorff, CERTIFY that the undersigned has this day served the foregoing dicuments to the Clerk of Court at the correct address with postage prepaid, by depositing same in the Lewisburg Penitentiary legal mailbox.

This the _16_ day of _May_ , 2001.

_____

Louis F. Bottorff

**Dear Clerk:**

**Please present the foregoing to the proper parties, if it is in order, advising me, if not.  Thank you.**

_____

Louis F. Bottorff

cc:  Clerk of Court for the Thirteenth Judicial Circuit
     Hillsborough County
     Tampa, Florida

```
   LEWNA         *        INMATE EDUCATION DATA       *      04-23-2001
   PAGE 001 OF 001 *          TRANSCRIPT              *      08:42:52

   REGISTER NO: 06324-018    NAME..: BOTTORFF              FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: LEW-LEWISBURG USP
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LEW  ESL HAS    ENGLISH PROFICIENT          07-24-1991 1323 CURRENT
LEW  GED HAS    COMPLETED GED OR HS DIPLOMA  06-01-1991 0712 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                     START DATE STOP DATE EVNT AC LV  HRS
LEW         LEISURE ACT/LEATHER CRAFT 2001  01-02-2001 CURRENT
LEW         JOB FAIR/RELEASE PREP CLASS'01  04-18-2001 04-18-2001  P  C  P    3
LEW         BIKE ACROSS AMERICA 2001        11-16-2000 03-10-2001  P  C  P   14
LEW         MANAGEMENT 101/NEWPORT COLLEGE  09-25-2000 12-19-2000  P  C  P   40
LEW         LEISURE ACT/LEATHER CRAFT 2000  01-03-2000 01-02-2001  P  C  P  120
LEW         LEISURE ACT/SOFTBALL 2000       05-08-2000 09-09-2000  P  C  P   48
LEW         MARKETING 104/NEWPORT COLLEGE   09-14-1999 12-23-1999  P  C  P   40
LEW         LEISURE ACTIVITY/LEATHER CRAFT  02-01-1999 01-03-2000  P  C  P  165
LEW         LEISURE ACTIVITY/MUSIC LISTEN   03-13-1998 10-01-1999  P  C  P  130
LEW         LEISURE ACTIVITY/SOFTBALL       05-24-1999 09-10-1999  P  C  P   58
LEW         BUSINESSMATH101/NEWPORT COLLEGE 06-08-1999 09-01-1999  P  C  P   40
LEW         BUSINESSCOM101/NEWPORT COLLEGE  01-19-1999 05-07-1999  P  C  P   40
LEW         BIKE ACROSS AMERICA             01-11-1999 04-04-1999  P  C  P   20
LEW         SOFTBALL OFFICIAL CLASS         04-27-1999 05-27-1999  P  C  P   32
LEW         LISTENING SKILLS ACE            04-15-1998 07-01-1998  P  C  P   18
ATL         INTRODUCTION TO TYPING V/T      03-31-1997 10-15-1997  P  W  I  112
ATL         ADULT/CHILDHOOD DEV T-W 12-3PM  03-05-1997 05-01-1997  P  C  P   48
THA         MUSIC (ACE)                     02-15-1994 05-19-1994  P  C  P   30
THA         BEGINNING JOGGING               12-10-1993 01-10-1994  P  C  P   40
THA         CONVERSATIONAL SPANISH WEDS     01-13-1992 03-06-1992  P  C  P   30
THA         INTRODUCTION TO SOCIAL PSYCHS.  01-13-1992 03-06-1992  P  C  P   30
THA         INTRODUCTION TO BUSINESS        01-13-1992 03-06-1992  P  C  P   30
MEM         GEN EDUC DEV PM BUTLER          03-09-1989 03-09-1989  P  C  P    4
MEM         ADULT BASIC ED-1230-1545 DOYLE  11-21-1986 01-29-1987  P  C  P  120
```

```
-------------------------- HIGH TEST SCORES --------------------------
TEST    SUBTEST        SCORE     TEST DATE     TEST FACL   FORM    STATE
GED     AVERAGE        46.0      03-02-1989    MEM         PASS    TN
        LIT/ARTS       48.0      03-02-1989    MEM         AB      TN
        MATH           44.0      03-02-1989    MEM         AB      TN
        SCIENCE        48.0      03-02-1989    MEM         AB      TN
        SOC STUDY      48.0      03-02-1989    MEM         AB      TN
        WRITING        42.0      03-02-1989    MEM         AB      TN
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# PARENTAL EDUCATION PROGRAM

## ✳ Parenting From Within ✳

**This Certifies That** ___ LOUIS BOTTORFF ___

**Has Satisfactorily Completed The Course In Parental Education.**

**Awarded on This** ___ 30th ___ **Day of** ___ APRIL ___, 1997



_Sally C. Drath_
**Course Instructor**

___
**Supervisor of Education**

___
**Program Coordinator**

# CHO-CES

## Certificate of Achievement

*awarded to*

*Louis Bottorff*

*for completion of 500 hours*

## Residential Drug Abuse Treatment Program

Date *December 6, 1993*

Drug Abuse Treatment Specialist
United States Penitentiary, Terre Haute, Indiana

C. A. Broshears, Ph.D.
Drug Abuse Psychologist

Recommend continued participation in Transitional Aftercare services and 12-Step meetings both during the remainder of incarceration and following release into the community

# CERTIFICATE OF COMPLETION

*This Is To Certify That:*

## Louis Bottorff

**HAS COMPLETED THE KAIROS COURSE AND IS QUALIFIED HEREWITH AS A MEMBER OF THE CONTINUING KAIROS PROGRAM**

Awarded this __17th__ day of __September__ Nineteen Hundred and __95__.    *In Witness Hereof:*



_____
Richard P. Tolcher ~ Chaplain

_____
Ken Summerour ~ Rector

# State of Tennessee
## Department of Education

### This is to Certify that

LOUIS BOTTORFF

has satisfied the requirements of the General Educational Development Program approved by the State Board of Education, and is, therefore, entitled to this

### Equivalency Diploma

In Testimony Whereof and by authority in us vested, we have affixed our signatures

this the _____ 29TH _____ day of _____ MARCH _____ 19 __ 89 __, at Nashville, Tennessee.

State Commissioner of Education

DIRECTOR, PUBLIC/PRIVATE SCHOOL ADMINISTRATION



# Newport Business Institute

Williamsport, Pennsylvania
Continuing Education Center

**Federal Register #**  06324-018

**First Name:** L
**Last Name:** Bottorff

25-Jan-01

**Learning Site:**   USP-Lewisburg

| Total Credits | 12 | Total Points | 45 |
|---|---|---|---|
| | | QPA | 3.75 |

_Michael J. Chen_

**Authorized Signature**

# Newport Business Institute



**Williamsport, Pennsylvania**
Continuing Education Center

| Federal Register # | 06324-018 | First Name: L | 25-Jan-01 | |
| | | Last Name: Bottorff | Learning Site: | USP–Lewisburg |

| Term | Class | Letter Grade: | Credits | Credits Earned | Points |
|---|---|---|---|---|---|
| Fall 1999 | Marketing 104 | A | 3 | 3 | 12 |
| | | | | 3 | 0 |
| | | | | 3 | 0 |
| | | | | | 0 |
| | **Term Credits 3** | | | **Term Points 12** | |
| | | | | **Term GPA** | **4.00** |
| Fall 2000 | Management 101 | A | 3 | 3 | 12 |
| | | | | 3 | 0 |
| | | | | 3 | 0 |
| | | | | | 0 |
| | **Term Credits 3** | | | **Term Points 12** | |
| | | | | **Term GPA** | **4.00** |
| Summer 1999 | Business Communications 101 | B | 3 | 3 | 9 |
| | Business Mathematics 101 | A | 3 | 3 | 12 |
| | | | | 3 | 0 |
| | | | | | 0 |
| | **Term Credits 6** | | | **Term Points 21** | |
| | | | | **Term GPA** | **3.50** |



 **PRISON FELLOWSHIP®** *Ministries*

*In recognition of participation in the seminar,*

"SURVIVING & THRIVING IN PRISON - **I** "

LOUIS  BOTTORFF

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10–11 *New Century Version*

_____          _____
Charles W. Colson                Instructor

_____          3/25/2000
Chaplain                         Date

# Division of Vocational and Adult Education

### Memphis, Tennessee

# Memphis City Schools
# Certificate

## This Certificate is Presented to

L O U I S   B O T T O R F F

### in recognition of satisfactory completion of

40 COURSE IN HIGH RELIABILITY SOLDERING TO MIL-STD-45743E

### a concentrated program of study under the direction of the Division of Vocational and Adult Education, Memphis City Schools

**Awarded this Date** OCTOBER 18, 1988

_____
Instructor

_____
Supervisor

_____
Director of Vocational and Adult Education

_____
Superintendent of Memphis City Schools

# BIKE ACROSS AMERICA

THIS CERTIFICATE IS AWARDED TO

_L. BOTTORFF_

FOR COMPLETING REQUIREMENTS OF THE
BIKE ACROSS AMERICA PROGRAM.

## 257 MILES

TIM CLAPPER, REC. SPECIALIST
PROGRAM SUPERVISOR

# COURSE COMPLETION
# CERTIFICATE

## USP LEWISBURG BIKE AND STAIRMASTER
## ACROSS AMERICA 2000

MILES

4043

PRESENTED TO: __L. BOTTORFF__

PRESENTED BY: __T. CLAPPER, RECREATION SPECIALIST__



# CERTIFICATE OF RECOGNITION

This certifies that

*Louis Bottorff*

has satisfactorily completed

## *The Light of Life Study of John*

and is awarded this certificate by
Stonecroft Bible Correspondence Department



*M.R. Sheets*
Supervisor

Date   *June 24, 1997*

---

# Certificate of Baptism

### This Certifies

That _____ Mr. Louis Bottorff _____

_____

Born _____ March 15 _____ 1964

was

Baptized

in the Name of the Father, and of the Son, and of the Holy Spirit.

on the ___ 18th ___ day of _February_ in the year of our Lord 19_96_



_____ Rev. Anthony Oakley _____ Pastor.

Date of this Certificate _____ February 18, 1996

Go therefore and make disciples of all nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit.
Matthew 28:19

# Tri-State Jail Ministry
# Copperhill, TN

# Correspondence Bible Course

CONFERS THIS CERTIFICATE OF MERIT
WHICH CERTIFIES THAT

*Louis Bottorff*

HAS SATISFACTORILY COMPLETED

*Five Books of Moses*

DIRECTOR *Toby Chubbs Sr.*    *Nov 1996*

---



# LIFE'S KEY

**Mailbox Club**

*This certifies that*
LOUIS BOTTORFF
*has successfully completed*
BORN TO WIN
*by correspondence*


Everyday
Publications



March 9, 1999          97%

 

*John J. Bell*
DIRECTOR

# Tri-State Jail Ministry
## Copperhill, TN

# Correspondence Bible Course

CONFERS THIS CERTIFICATE OF MERIT
WHICH CERTIFIES THAT

*Louis Bottorff Jr*

HAS SATISFACTORILY COMPLETED

*Study on Salvation*

DIRECTOR *Toby Cribbs Sr    Dec 1995*

---

# Tri-State Jail Ministry
## Copperhill, TN

# Correspondence Bible Course

CONFERS THIS CERTIFICATE OF MERIT
WHICH CERTIFIES THAT

*Louis Bottorff*

HAS SATISFACTORILY COMPLETED

*How To Become A Mature Christian*

DIRECTOR *Toby Cribbs Sr    Feb 1996*

# Certificate of Achievement

**This certifies that**

Louis Bottorff

**has satisfactorily completed**

Powerful Listening Skills

**Consisting of** _18_ **Hours of Training**

**This certificate is hereby issued this** _8th_ **day of** July **, 19** 98



_A. McCoy_, A.C.E
Coordinator

_George Doebler_, Supervisor
of Education



CERTIFICATE OF MEMBERSHIP

THE WABASH VALLEY JAYCEES, INC.

affiliated with

THE UNITED STATES JAYCEES AND
JAYCEES INTERNATIONAL

This is to Certify that

LOUIS BOTTORFF

Is a member in good standing,
and has paid dues to

September 1, 19 92

EXPIRATION DATE

SECRETARY

PRESIDENT

# Certificate

### This certifies that

LOUIS BOTTORFF

### has completed the

## Personal Development Program

### that consisted of 6 hours
### of group session.
### Presented this 6TH day of

MAY , 1999

T. METZLER
Facilitator



# Certificate of Achievement

awarded to:

## LOUIS BOTTORFF

### ERROR RECOGNITION COURSE

_Signed_

_Date_



# Certificate of Completion

This certifies that

## Louis Bottorff

has successfully satisfied the requirements of the Adult
Continuing Education four month seminar course in an
Introductory course in Guitar Music Theory.

Dated May 26, 1994.

R. Webster, Coordinator    W.D. Gerth, Acting
Adult Continuing Education Supervisor of Education



# THE MAILBOX BIBLE CLUB

## Certificate

This is to certify that

**Louis Bottoff**

has satisfactorily completed Course I of the Mailbox Bible Club and is awarded this Certificate.

12/10/96

Oscar H. Hirt
**DIRECTOR, BCM INTERNATIONAL, INC.**

Veda Nicodemus
**CLUB LEADER**

# DISTINGUISHED

## *Service*

## AWARD

MAY IT BE KNOWN
BY ALL WHO READ THIS THAT

_Louis Bottorff_

HAS BEEN PRESENTED THIS AWARD IN
RECOGNITION OF _2_ YEARS OF OUTSTANDING SERVICE,
WITH

_Wolf River Recreation Club_

ORGANIZATION

PRESENTED THIS _23rd_ DAY OF _March_, 19 _90_    SIGNED _John Doyle_