AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

LOUIS F. BOTTORFF   06324018

v.

STATE OF FLORIDA

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 85-13671; 86-4012; 86-5268

*[Stamp: U.S. PENITENTIARY LEWISBURG, PA. 17837, MAY -9 2001, RECEIVED ACCOUNTING DEPARTMENT]*

*[Stamp: FILED WILLIAMSPORT, PA MAY 17 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk]*

I, __LOUIS F. BOTTORFF__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff             [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant        [X] __§ 2254 WRIT OF HABEAS CORPUS__
                                                   other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

POSTCONVICTION RELIEF

In further support of this application, I answer the following questions.

1. Are you presently employed?                                                      Yes [ ]   No [X]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    
    *1985 — approx. $1000.00 per mo.*

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment         Yes [ ]   No [X]
    b. Rent payments, interest or dividends?                                        Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments?                         Yes [ ]   No [X]
    d. Gifts or inheritances?                                                                      Yes [ ]   No [X]
    e. Any other sources?                                                                           Yes [ ]   No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $53.97

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 16, 2001                    _____
                   (Date)                       Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 53.97 on account to his credit at the U.S. Penitentiary Lewisburg, PA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ___

I further certify that during the last six months the applicant's average balance was $ 103.09

_____
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____        _____  _____
United States Judge    Date           United States Judge    Date
                                      or Magistrate

A05-0095

```
USP LEW **LIMITED OFFICIAL USE**              ACCOUNT
Lewisburg, PA 17837                           STATEMENT
                                              DATE 05/09/01
                                              PAGE No. 01


                                              Account # 06324018

        BOTTORFF, LOUIS F.
            ADM DET
MCC027 06/09/00 VR92071553 $28.00 - CLERK OF THE CIRCUIT COURT
```

| BEGINNING BALANCE | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 37.63 | .00 | .00 | .00 |  | 37.63 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 2K1149 | 10:15 | 09-06-00 | ENC. / SPECIAL ORDER | 37.50- | 37.63 |
| SEP00U | 11:26 | 10-03-00 | UNICOR PAY | 106.08 | 143.71 |
| 0899EF | 12:02 | 10-07-00 | DEPOSIT ITS FUNDS | 15.00- | 128.71 |
| 000074 | 19:21 | 10-10-00 | SALE / REGULAR | 90.95- | 37.76 |
| 2K1149 | 18:09 | 10-16-00 | ENC. / SPECIAL ORDER | 37.50 | 37.76 |
| 000047 | 18:09 | 10-16-00 | SALE / REGULAR | 37.50- | .26 |
| T02058 | 14:03 | 10-31-00 | MONEY ORDER | 150.00 | 150.26 |
| 0A4754 | 18:05 | 10-31-00 | DEPOSIT ITS FUNDS | 50.00- | 100.26 |
| OCT00U | 15:04 | 11-02-00 | UNICOR PAY | 186.08 | 286.34 |
| 000089 | 20:57 | 11-06-00 | SALE / REGULAR | 182.05- | 104.29 |
| S10146 | 13:22 | 11-17-00 | ENC. / SPECIAL ORDER | 95.80- | 104.29 |
| 000001 | 16:07 | 11-27-00 | SALE / REGULAR | 8.25- | 96.04 |
| NOV00U | 13:56 | 12-04-00 | UNICOR PAY | 379.97 | 476.01 |
| S10146 | 19:38 | 12-04-00 | ENC. / SPECIAL ORDER | 95.80 | 476.01 |
| 000093 | 19:38 | 12-04-00 | SALE / REGULAR | 216.70- | 259.31 |
| 000101 | 20:02 | 12-11-00 | SALE / REGULAR | 84.40- | 174.91 |
| 000021 | 17:25 | 12-18-00 | SALE / REGULAR | 31.50- | 143.41 |
| 0E41E9 | 10:11 | 12-25-00 | DEPOSIT ITS FUNDS | 3.00- | 140.41 |
| DEC01U | 13:30 | 01-03-01 | UNICOR PAY | 290.81 | 431.22 |
| 000090 | 20:59 | 01-04-01 | SALE / REGULAR | 152.60- | 278.62 |
| 0F3F2B | 11:23 | 01-07-01 | DEPOSIT ITS FUNDS | 30.00- | 248.62 |
| VR0887 | 13:21 | 01-08-01 | COMMISSARY FORM | 19.95- | 228.67 |
| 000111 | 20:06 | 01-10-01 | SALE / REGULAR | 63.50- | 165.17 |
| S10228 | 12:43 | 01-16-01 | ENC. / SPECIAL ORDER | 104.76- | 165.17 |
| 000073 | 7:26 | 02-01-01 | SALE / REGULAR | 56.05- | 109.12 |
| JAN01U | 14:47 | 02-02-01 | UNICOR PAY | 389.65 | 498.77 |
| S10228 | 17:24 | 02-07-01 | ENC. / SPECIAL ORDER | 104.76 | 498.77 |
| 020016 | 17:24 | 02-07-01 | SALE / REGULAR | 274.45- | 224.32 |
| VR1326 | 14:36 | 02-22-01 | COMMISSARY FORM | 20.00- | 204.32 |
| 129E65 | 9:36 | 02-25-01 | DEPOSIT ITS FUNDS | 25.00- | 179.32 |
| VR1379 | 14:28 | 03-01-01 | COMMISSARY FORM | 93.62- | 85.70 |
| FEB01U | 14:04 | 03-02-01 | UNICOR PAY | 244.86 | 330.56 |
| 000015 | 17:26 | 03-07-01 | SALE / REGULAR | 251.55- | 79.01 |
| 1426C4 | 10:16 | 03-18-01 | DEPOSIT ITS FUNDS | 25.00- | 54.01 |
| 000016 | 17:10 | 03-21-01 | SALE / REGULAR | 21.45- | 32.56 |
| 000059 | 19:05 | 04-02-01 | SALE / REGULAR | 31.90- | .66 |
| MAR01U | 13:05 | 04-03-01 | UNICOR PAY | 213.72 | 214.38 |
| T13220 | 13:25 | 04-09-01 | DOMESTIC CHECK | 4.66 | 219.04 |
| 000061 | 18:55 | 04-09-01 | SALE / REGULAR | 134.60- | 84.44 |
| 000005 | 16:53 | 04-16-01 | SALE / REGULAR | 31.75- | 52.69 |

```
USP LEW **LIMITED OFFICIAL USE**                    ACCOUNT
Lewisburg, PA 17837                                 STATEMENT
                                                    DATE 05/09/01
                                                    PAGE No. 02


                                         Account # 06324018

        BOTTORFF, LOUIS F.
        ADM DET
MCC027  06/09/00  VR92071553  $28.00 - CLERK OF THE CIRCUIT COURT
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 163C04 | 19:14 | 04-20-01 | DEPOSIT ITS FUNDS | 9.00- | 43.69 |
| 000001 | 16:14 | 04-23-01 | SALE / REGULAR | 38.60- | 5.09 |
| APR01U | 12:52 | 05-02-01 | UNICOR PAY | 151.13 | 156.22 |
| VR1833 | 13:04 | 05-03-01 | COMMISSARY FORM | 12.00- | 144.22 |
| 17099E | 10:27 | 05-06-01 | DEPOSIT ITS FUNDS | 6.00- | 138.22 |
| 000008 | 16:59 | 05-07-01 | SALE / REGULAR | 84.25- | 53.97 |
| | | | **** TRANSACTION TOTAL **** | 16.34 | |

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 53.97 | .00 | .00 | | |