5-21-01
In re: Filing of §2254 Petition,
Dated: MAY 20, 2001.

③ 5/23/01 KF

Dear Clerk:       1:CV-01-873
                        Kane

Your petitioner, Louis F. Bottorff, mistakenly named State of Florida as primary respondent to writ, when in fact, the name of the Warden at the institution where he is held should have been entered, although he is not in custody under color of Florida law, but is attacking a future sentence.

The warden's name is Donald Romine of this same address. Please rectify and thank you.

Sincerely yours,

Louis F. Bottorff

Louis F. Bottorff
Reg. # 06324-018
United States Penitentiary
Post Office Box 1000
Lewisburg, PA 17837

FILED
WILLIAMSPORT, PA

MAY 22 2001

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK